IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-02530-WJM-CBS | Date: December 9, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

VALENTINA CARRION, *et al.,*  John Taussig
  Scott Smith

Plaintiff,

v.

AMERICAN STANDARD INSURANCE  Rebecca Wagner
COMPANY OF WISCONSIN, *et al.,*

Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:  TELEPHONIC RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 11:31 a.m.**
Court calls case.  Appearances of counsel.

**ORDERED:**  Stipulated MOTION [23] for Protective Order is **GRANTED.**

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Each side shall be limited to **10** depositions.
Depositions shall not exceed **7** hours without prior agreement or absent leave of court.
Each side shall be limited to **25** interrogatories, **25** requests for production, and **25** requests for admission.
Joinder of Parties/Amendment to Pleadings: **January 15, 2015**
Discovery Cut-off: **July 17, 2015**
Dispositive Motions Deadline: **July 31, 2015**
Each side shall be limited to expert witnesses, absent leave of court.
Parties shall designate affirmative experts **on or before: April 30, 2015**
Parties shall designate rebuttal experts **on or before: June 2, 2015**

Interrogatories, requests for Production of Documents and Requests for Admissions shall be served **no later than THIRTY THREE DAYS** prior to close of discovery.

**FINAL  PRETRIAL CONFERENCE**  is set for  **October 29, 2015 at 9:15 a.m.**
Final Pretrial Order is due **no later than SEVEN (7) CALENDAR DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

**Counsel may not file any OPPOSED discovery motions without leave of court.  Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

**TRIAL:**
The parties anticipate an **8** day jury trial.

Scheduling Order is signed and entered with interlineations.

Hearing concluded.

**Court in recess: 11:47 a.m.**
Total time in court:     00:16

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.