IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-02530-WJM-CBS | Date:  August 21, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                          *Counsel:*

VALENTINA CARRION, *et al*                      Deborah Taussig
                                                                      John Taussig
                                                                      Scott Smith

Plaintiff,

v.

AMERICAN STANDARD INSURANCE          Rebecca Wagner
COMPANY OF WISCONSIN,

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 01:32 p.m.**
Court calls case.  Appearances of counsel.

This hearing comes before the court in regards to *[39] Motion for Leave to Submit an Amended Complaint to Include a Claim for Exemplary Damages (doc. 3)*.  Discussion and argument regarding the motion.

1:47 p.m.         IN RECESS
2:02 p.m.         IN SESSION

Mr. Taussig makes oral motion to withdraw *[39] Motion for Leave to Submit an Amended Complaint to Include a Claim for Exemplary Damages (doc. 3)*.

**ORDERED:**       Mr. Taussig's oral motion is **GRANTED** and *[39] Motion for Leave to Submit an Amended Complaint to Include a Claim for Exemplary Damages (doc. 3)* is **WITHDRAWN.**

Mr. Taussig addresses an issue with scheduling depositions.  Mr. Taussig requests an extension of the discovery cut-off.

If parties submit a Joint Status Report by August 24, 2015 by 5:00 p.m., stating that the remaining depositions have been scheduled, the court will extend the discovery cut-off until September 18, 2015.

HEARING CONCLUDED.

**Court in recess: 02:17 p.m.**
Total time in court: 00:30

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.